[Cite as *07/14/2003 Case Announcements,* 2003-Ohio-3689.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *July 14, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0528. State ex rel. R.W. Sidley, Inc. v. Crawford.**
Franklin App. No. 02AP–99, 2003-Ohio-625. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On July 10, 2003, appellant filed a request for extension of time to file a reply brief that was due July 8, 2003. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, sua sponte, that the request for extension of time to file a reply brief be, and hereby is, stricken.

**2003–0819. State ex rel. Borden, Inc. v. Wilson.**
Franklin App. No. 02AP–107, 2003-Ohio-1332. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before August 15, 2003.

## MISCELLANEOUS DISMISSALS

**2003–1132. Young v. Rose.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *07/15/2003 Case Announcements,* 2003-Ohio-3717.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *July 15, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–2241. State v. Monroe.**
Franklin C.P. No. 01CR042118. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for stay of execution pending disposition of his appeal by this court,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted.

**2003–0829. State ex rel. Shandrow v. Roger Corp.**
Franklin App. No. 02AP–342. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before August 4, 2003.